IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SC SJ HOLDING, LLC, et al, <br><br> Debtors. | ) Chapter 11 <br> ) Bankruptcy Case No. 21-10549 (JTD) <br> ) |
| SC SJ HOLDINGS AND LLC, FMT SJ LLC, <br><br> Appellants, <br><br> v. <br><br> PILLSBURY WINTHROP SHAW PITTMAN LLP, <br><br> Appellee. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-689 (MN) <br> ) BAP No. 22-36 <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

At Wilmington, this 12th day of July 2022,

WHEREAS, on June 23, 2022, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 6) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ORDERS the following briefing schedule:

Appellants' Opening Brief – August 11, 2022

Appellees' Answering Brief – September 12, 2022

Appellants' Reply Brief – September 27, 2022

_____
The Honorable Maryellen Noreika
United States District Court